**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVIS MORENO CONSTRUCTION, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER STEEL BUILDINGS CORP., A COLORADO CORPORATION,<br><br>Defendant. | 1:08-cv-00854 OWW SMS<br><br>ORDER ON DEFENDANT'S MOTIONS TO DISMISS (DOC. 8) |

Plaintiff Davis Moreno Construction, Inc. ("Davis") brings this breach of contract action against Defendant Frontier Steel Buildings Corporation ("Frontier") based on diversity of citizenship. On August 28, 2008, Defendant filed its motions to dismiss for defective service of process, lack of personal jurisdiction, and improper venue. (Doc. 8.) A hearing on the motions was held February 2, 2009. The parties were directed to submit supplemental briefing with respect to the choice of law provision in the contract at issue and a list of anticipated witnesses by February 17, 2009. (Doc. 21.)

On February 17, 2009, Plaintiff filed its first amended

complaint.  (Doc. 24.)  An amended complaint supersedes a previous complaint, rendering moot a motion to dismiss the original complaint.  *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).  "[A]fter amendment the original pleading no longer performs any function and is 'treated thereafter as non-existent'...."  *Id.*

Accordingly, Defendant Frontier's motions to dismiss for defective service of process, lack of personal jurisdiction, and improper venue are DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:   March 16, 2009**  /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE