Russell D. Cook    094934
Neal D. Douglass   227976
LAW OFFICE OF RUSSELL D. COOK
1233 West Shaw Avenue, Suite 100
Fresno, California  93711
Telephone:   (559) 225-2510
Facsimile:    (559) 229-3941

Attorneys for DAVIS MORENO
        CONSTRUCTION, INC., a California corporation.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO BRANCH

| | |
|---|---|
| DAVIS MORENO CONSTRUCTION, INC., a California corporation, <br><br>　　　　Plaintiff, <br><br>v. <br><br>FRONTIER STEEL BUILDINGS CORP., a Colorado corporation, <br><br>　　　　Defendant(s). | Case No. CV-F-08-854 OWW/SMS <br><br>**Order Denying Defendant Frontier Steel Building, Corp.'s Second Motion to Dismiss for Lack of Personal Jurisdiction, Change of Venue or Transfer for Convenience** <br>[E.D. Cal. Local Rules 5-137(b)] <br><br>Date: 5/4/2009 <br>Time: 10:00 a.m. <br>Dept: Ct. Rm. 3, Hon. Oliver W. Wanger |

　　　　This matter came regularly for hearing on May 4, 2009 at 10:00 a.m. in Courtroom Three (3) of this Court before the Honorable Oliver W. Wanger.  Present was Russell D. Cook, Esq. on behalf of Plaintiff, Davis Moreno Construction, Inc., and John Meininger, Esq. appeared on behalf of defendant Frontier Steel Buildings Corp.

　　　　The Court, after carefully considering the briefs, argument of counsel, all matters presented to the Court, issued its Memorandum of Decision on May 26, 2009 at Document No. 37.  Based upon that Memorandum of Decision, and for good cause appearing, the Court hereby ORDERS as follows:

### ORDER

　　　　IT IS HEREBY ORDERED that Defendant Frontier Steel Buildings Corp.'s second Motion to Dismiss for Lack of Personal Jurisdiction, Change of Venue or Transfer for Convenience is DENIED.

1    IT IS FURTHER ORDERED that the choice of law provision stating that Colorado Law shall apply, which provision was contained in the applicable agreement between FRONTIER and DAVIS MORENO, is unenforceable as discussed in the Memorandum of Opinion concerning this motion.

IT IS SO ORDERED.

Date: June 9, 2009             /s/ OLIVER W. WANGER
                               Honorable Oliver W. Wanger
                               UNITED STATES DISTRICT COURT JUDGE