1

2

3

4

5

6

7

8                                  IN THE UNITED STATES DISTRICT COURT

9

10                      FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO BRANCH

DAVIS MORENO CONSTRUCTION,                    ) Case. No. 1:08-CV-00854-OWW-SMS
11   INC. a California Corporation,                )
                                                   )
12        Plaintiff,                               ) **ORDER GRANTING**
                                                   ) **DEFENDANT'S EXPARTE MOTION**
13        vs.                                      ) **FOR EXTENSION OF TIME TO**
                                                   ) **FILE NOTICE OF APPEAL** PENDING
14   FRONTIER STEEL BUILDINGS                      ) MOTION FOR RECONSIDERATION
     CORPORATION, a Colorado Corporation;         )
15                                                 )
          Defendant.                               )
16   _____)

17                                        **ORDER GRANTING**
                            **EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

18           UPON DEFENDANT'S request, filed as a special appearance, there being uncertainty

19   regarding the status of possible appeal of this Court's Order Denying Defendant's Motion to

20   Dismiss, et. al., and there being a pending Defendant's Motion for Reconsideration, the Court

21   being advised in the premises, good cause having been shown,

22           The Motion is GRANTED and Defendant's time to file a Notice of Appeal is extended

23   until entry of this Court's order upon Defendant's Motion for Reconsider.

      ENTERED this 10th day of July, 2009.
24

25                                           /s/ OLIVER W. WANGER

26                                           U.S. District Court Judge

27

28
                                            ORDER GRANTING
             DEFENDANT'S EXPARTE MOTION FOR EXTENTION OF TIME TO FILE NOTICE OF APPEAL
                              PENDING MOTION FOR RECONSIDERATION
                                                  -1-
PDF created with pdfFactory trial version www.pdffactory.com