1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO BRANCH

10   DAVIS MORENO CONSTRUCTION,           ) Case. No. 1:08-CV-00854-OWW-SMS
     INC. a California Corporation,        )
11                                         )
          Plaintiff,                       ) ORDER GRANTING
12                                         ) DEFENDANT'S STIPULATED
          vs.                              ) EXTENSION OF TIME TO
13                                         ) FILE ANSWER PENDING
     FRONTIER STEEL BUILDINGS              ) MOTION TO RECONSIDER
14   CORPORATION, a Colorado Corporation;  )
                                           )
15        Defendant.                       )
     _____)

16                            **ORDER GRANTING**
             **STIPULATED EXTENSION OF TIME TO FILE ANSWER**
17        UPON DEFENDANT'S request, filed as a special appearance, to which the parties have

18   stipulated for an extension of time to file Defendant's answer, the Court being advised in the

19   premises, good cause having been shown,

20        The stipulation of counsel that the time for Defendant to answer shall not commence to

21   run until this Court's ruling upon Defendant's Motion to Reconsider this Court's denial of

22   Defendant's Motion to Dismiss for Lack of Jurisdiction, et. al. is hereby GRANTED.

23   ENTERED July 14, 2009.

24                                      __/s/ OLIVER W. WANGER_____

25                                      U.S. District Court Judge

26

27

28

     ORDER GRANTING DEFENDANT'S STIPULATED EXTENSION TO TIME TO FILE ANSWER  PENDING
                            MOTION TO RECONSIDER
                                    -1-