IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVIS MORENO CONSTRUCTION, INC., | ) ) ) | No. CV-F-08-854 OWW/SMS |
| | ) ) | ORDER DIRECTING DEFENDANT TO FILE NOTICE OF MOTION |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| FRONTIER STEEL BUILDINGS CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) | |

Defendant has filed a motion for certification of interlocutory appeal pursuant to 28 U.S.C. § 1292(b). Defendant is ordered to file and serve a notice of motion, setting the motion on the Court's next available civil motion calendar in accordance with the time requirements set forth in Rule, 78-230(b), Local Rules of Practice.

IT IS SO ORDERED.

Dated:   November 25, 2009            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1