IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO BRANCH

| | |
|---|---|
| DAVIS MORENO CONSTRUCTION, INC. a California Corporation, | ) Case. No. 1:08-CV-00854-OWW-SMS<br>)<br>) |
| Plaintiff, | ) **ORDER GRANTING**<br>) **DEFENDANT'S UNOPPOSED** |
| | ) **MOTION FOR EXTENSION OF TIME** |
| vs. | ) **TO FILE RESPONSE TO** |
| | ) **PLAINTIFF'S  MOTION FOR**<br>) **SUMMARY JUDGMENT** |
| FRONTIER STEEL BUILDINGS CORPORATION, a Colorado Corporation; | )<br>)<br>) |
| Defendant. | ) |
| _____ | ) |

**ORDER GRANTING**
**EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY**
**JUDGMENT**

UPON DEFENDANT'S request, the Court being advised in the premises, discovery

having been scheduled, Plaintiff having no objection, and good cause having been shown,

The Motion is GRANTED and Defendant's time to file a Response to the Motion for

Summary Judgment is extended to and through August 15, 2010.

ENTERED this 18th day of June, 2010.

 /s/ OLIVER W. WANGER

U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com