1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO BRANCH

10   DAVIS MORENO CONSTRUCTION,        ) Case. No. 1:08-CV-00854-OWW-SMS
     INC. a California Corporation,    )
11                                     )
                Plaintiff,             ) **ORDER GRANTING**
12                                     ) **DEFENDANT'S   UNOPPOSED**
                                       ) **MOTION FOR EXTENSION OF TIME**
13              vs.                    ) **TO FILE EXPERT REPORTS**
                                       )
14                                     )
     FRONTIER STEEL BUILDINGS          )
15   CORPORATION, a Colorado Corporation; )
                Defendant.             )
16   _____ )

17                        **ORDER GRANTING**
                **EXTENSION OF TIME TO FILE EXPERT REPORTS**
     UPON DEFENDANT'S MOTION, it appearing that Defendant has had difficulty in
18
     identifying and arranging to retain the appropriate expert(s) in light of Plaintiff's Motion for
19
     Partial Summary Judgment and findings from pending depositions and discovery, and it
20
     appearing that Defendant requires additional time to complete Expert Reports, counsel having
21
     conferred and agreed that more time is required for all initial expert reports, the Court being
22
     advised in the premises, discovery having been scheduled, and good cause having been shown,
23
             The Motion is GRANTED and the time to file initial Expert Reports is extended to and
24
     through August 5, 2010.
25

26

27   IT IS SO ORDERED.
28

1

Dated:   **June 22, 2010**                          **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28