Russell D. Cook    094934
Neal D. Douglass  227976
LAW OFFICE OF RUSSELL D. COOK
1233 West Shaw Avenue, Suite 100
Fresno, California  93711
Telephone:    (559) 225-2510
Facsimile:     (559) 229-3941

Attorneys for Plaintiff, Davis Moreno
Construction, Inc., a California corporation.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO BRANCH

| | |
|---|---|
| DAVIS MORENO CONSTRUCTION, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>FRONTIER STEEL BUILDINGS CORP., a Colorado corporation,<br><br>　　　　　Defendant(s). | Case #1:08-CV-00854-OWW-SMS<br><br>**Stipulation and Order Thereon**<br>**Re Extension of Time for Exchange**<br>**of Expert Witness Information** |

　　　　　Plaintiff, Davis Moreno Construction, Inc., and Defendant, Frontier Steel Buildings Corp., by and through their counsel, respectfully submit the following Stipulation and Order for the Court's Consideration:

　　　　　The Court issued its Order Granting Defendant's Unopposed Motion for Extension of Time to File Expert Reports (DOC 97) on June 23, 2010.  Said Order extended the date for submission of the required expert witness reports to the new date of August 5, 2010.

　　　　　Since the time of the Court's Order, however, discovery has continued and deposition testimonies have just recently been completed.  As well, the parties have had equally difficult times in obtaining initial expert witness reports responsive to all issues relevant to the case.  Therefore, it is difficult to have the reports and related documentation filed with this Court on or before the current deadline of August 5, 2010.

　　　　　The parties have agreed and stipulate, and do hereby request of the Court that an extension of time by which to and including August 19, 2010, to file initial expert reports and

1  to reset subsequent expert deadlines accordingly.  As Trial is currently scheduled for
2  January, 2011, an additional extension of time for submission of expert reports will not
3  impair the Court's original Scheduling Order.

                                    LAW OFFICE OF RUSSELL D. COOK

Date: August 2, 2010        By:  /s/ Russell D. Cook
                                    Russell D. Cook, Attorneys for Plaintiff
                                    DAVIS MORENO CONSTRUCTION, INC.,
                                    a California corporation

Date: August 2, 2010        By:  /s/ John A. Meininger
                                    John A. Meininger, Attorney for Defendant,
                                    FRONTIER STEEL BUILDINGS CORP.,
                                    a Colorado corporation

### ORDER GRANTING EXTENSION OF TIME TO FILE EXPERT REPORTS

Upon the parties joint submission of this Stipulation and their mutual request of this Court for an Order extending the time by which to file initial Expert Witness reports, and as discovery is continuing in the matter, and good cause having been shown,

It is hereby Ordered that the Stipulation is GRANTED and the time to file initial Expert reports is extended to and through August 19, 2010.

Date: August 3, 2010        /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

0703.19.Stip Re Extension for Expert Reports 7-29-2010.wpd