IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO BRANCH

| | |
|---|---|
| DAVIS MORENO CONSTRUCTION, INC. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>CORPORATION, a Colorado Corporation;<br><br>Defendant. | Case. No. 1:08-CV-00854-OWW-SMS<br><br>**ORDER GRANTING**<br>**DEFENDANT FRONTIER'S**<br>**MOTION FOR**<br>**EXTENSION OF TIME TO**<br>**FILE REBUTTAL EXPERT REPORT**<br>**TO PLAINTIFF DAVIS MORENO'S**<br>**RETAINED EXPERT REPORT OF**<br>**MICHAEL D. JUNDT, PE** |

**ORDER GRANTING**
**EXTENSION OF TIME TO FILE REBUTTAL REPORT TO**
**PLAINTIFF DAVIS MORENO'S RETAINED EXPERT REPORT OF**
**MICHAEL D. JUNDT, PE**

UPON DEFENDANT'S Motion for Extension of Time, the Court being advised in the premises, and additional time to complete a rebuttal expert report regarding construction issues being reasonable, good cause having been shown,

The Motion is hereby GRANTED, and Defendant Frontier Steel Buildings Corp., is hereby permitted to and through October 19, 2010 to file its rebuttal expert report to the report of Michael D. Jundt, P.E.

ENTERED this 27th day of September, 2010.

/s/ OLIVER W. WANGER

U.S. District Court Judge

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION TO TIME TO FILE REBUTTAL EXPERT REPORT TO PLAINTIFF DAVIS MORENO'S RETAINED EXPERT REPORT OF MICHAEL D. JUNDT. PE

-1-

PDF created with pdfFactory trial version www.pdffactory.com