1  Russell D. Cook   094934
   Neal D. Douglass 227976
2  LAW OFFICE OF RUSSELL D. COOK
   1233 West Shaw Avenue, Suite 100
3  Fresno, California  93711
   Telephone:   (559) 225-2510
4  Facsimile:    (559) 229-3941

5  Attorneys for Plaintiff, Davis Moreno
   Construction, Inc.,  a California corporation.

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO BRANCH

11                                 -o0o-

12  DAVIS MORENO CONSTRUCTION,      )   **Case No. 1:08-CV-00854-OWW-SMS**
    INC., a California corporation, )
13                                  )   **ORDER ON CROSS-MOTIONS FOR**
                                    )   **SUMMARY JUDGMENT**
14              Plaintiff,          )
                                    )   **1.      GRANTING PLAINTIFF DAVIS**
15  v.                              )   **MORENO'S MOTION FOR SUMMARY**
                                    )   **JUDGMENT ON PLAINTIFF'S SECOND**
16                                  )   **CAUSE OF ACTION;**
    FRONTIER STEEL BUILDINGS        )
17  CORP., a Colorado corporation;  )   **2.      GRANTING PLAINTIFF DAVIS**
                                    )   **MORENO'S MOTION FOR SUMMARY**
18              Defendant(s).       )   **JUDGMENT ON DEFENDANT'S**
                                    )   **COUNTERCLAIM; AND**
19  _____ )
                                    )   **3.      DENYING DEFENDANT FRONTIER**
20                                      **STEEL BUILDINGS CORP.'s COUNTER**
                                        **MOTION FOR SUMMARY JUDGMENT**
21
                                        [[E.D. Cal. Local Rules 137; Fed. R. Civ. P. 5]
22
                                        Date:       8/30/2010
23                                      Time:       10:00 a.m.
                                        Courtroom:  Three (3) , Hon. O. W. Wanger
24

25

26         This  matter  came  regularly  for  hearing  on  August  30,  2010  at  10:00  a.m.  in

27  Courtroom Three (3) of this Court before the Honorable Oliver W. Wanger.  Present was

28  Russell D. Cook, Esq. on behalf of Plaintiff, Davis Moreno Construction, Inc., and John

**ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

1   Meininger, Esq. appeared on behalf of defendant Frontier Steel Buildings Corp.

2        The Court, after carefully considering the briefs, argument of counsel, all matters

3   presented to the Court, issued its Memorandum of Decision on November 2, 2010, as

4   Document No. 118.  Based upon that Memorandum of Decision, and for good cause

5   appearing, the Court hereby ORDERS as follows:

6                                            **<u>ORDER</u>**

7        1)     IT IS HEREBY ORDERED that Plaintiff Davis Moreno Construction, Inc's

8   motion for summary judgment on Plaintiff's second cause of action pursuant to California

9   Business and Professions Code §7031(b) is GRANTED;

10       2)     IT IS HEREBY ORDERED that Plaintiff Davis Moreno Construction, Inc's

11  motion for summary judgment on Defendant Frontier Steel Building Corp.'s counterclaim

12  is GRANTED;

13       3)     IT IS HEREBY ORDERED that Defendant Frontier Steel Building Corp.'s

14  motion for summary judgment is DENIED.

15

16  IT IS SO ORDERED

17  Date: <u>11/18/2010</u>                    <u>/s/ OLIVER W. WANGER</u>
                                             United States District Judge

18

19

20

21

22

23

24

25

26

27

28

**ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**