IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO BRANCH

| | |
|---|---|
| DAVIS MORENO CONSTRUCTION, INC. a California Corporation, | Case. No. 1:08-CV-00854-OWW-SMS |
| Plaintiff, | **ORDER DENYING DEFENDANT'S EXPARTE MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |
| vs. | |
| FRONTIER STEEL BUILDINGS CORPORATION, a Colorado Corporation; | |
| Defendant. | |

DEFENDANT'S request for an extension of time to file a Notice of Appeal of this Court's Order of November 18, 2010 is DENIED for failure to comply with requirements of 28 U.S.C 1292(b).

IT IS SO ORDERED.

Dated: January 5, 2011         /s/ OLIVER W. WANGER
                               United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com